UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD BROOKS,

     Plaintiff,

                                  Case No. 1:16-cv-1336

v.

                                  HON. JANET T. NEFF

UNKNOWN HARDY, et al.,

     Defendants.

_____/

## ORDER

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendant L. Stout filed a motion for summary judgment (ECF No. 26). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on October 1, 2018, recommending that this Court grant in part and deny in in part the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 31) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 26) is GRANTED IN PART AND DENIED IN PART. Specifically, Defendant Stout is entitled to summary judgment as to Plaintiff's claim that Defendant Stout failed to provide him with pain medication. As to Plaintiff's claim that Defendant Stout denied his request for a "soft diet" following oral surgery, the claim will go forward.

Dated:  October 29, 2018                                                    /s/ Janet T. Neff
                                                              JANET T. NEFF
                                                              United States District Judge