UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD BROOKS,

    Plaintiff,

v.

L. STOUT,

    Defendant.

_____/

Case No. 1:16-cv-1336

HON. JANET T. NEFF

## **ORDER**

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendant Lisa Stout filed a motion for summary judgment (ECF No. 73). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on October 28, 2019, recommending that this Court deny the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 73) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 66) is DENIED.


Dated: November 13, 2019

    /s/ Janet T. Neff
JANET T. NEFF
United States District Judge